IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2022 SEP -1  P 12: 48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ms. Malissa Bowman

Plaintiff(s),

CIVIL ACTION NO.
3:22-cv-00520-ECM-KFP
JURY DEMAND (MARK ONE)

☒ YES    ☐ NO

v.

Sam's Club #4989
2335 Bent Creek
Auburn, ALABAMA

Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 4100 Walnut Street lot 114 Opelika, AL 36804, 334-707-7580

2. Name and address of defendant(s): Sam's Club 2335 Bent Creek Auburn, AL, 334-821-0121

3. Place of alleged violation of civil rights: Sam's Club store

4. Date of alleged violation of civil rights: 2019-2021

5. State the facts on which you base your allegation that your constitutional rights have been violated: I was Discriminated again, Ask to give a new availbity form stated not to work on Sunday due to working for the Lord on Sundays, I am a Christian, ordained prayer warrior, ordained minister training sit on several boards, christian believer of Faith, I asked for reasonable accomidations, my Findings is Assistant Manger also wrongfully terminated me, along with retaliated by changing (malipulating days) in the system, some times not even speaking to me, posted had to have certain critiair along with I Applyed for senval Jobs with-in the company and not one interveiw, even after the company management told to Apply, for other positions,

(continued #2) →

Sam's company had offered me to work A position to be off every Sunday and Monday after going back and forth about working Sundays and from FT - PT. Working Months in Position (management) came again wanting to take away my Sunday again. They said it was corporate changes. who systems called each person going to be affected by the changes into office I went when my name was called never agreed never said anything but OK. They told me my rights if I didn't work certain schedule I would either go back to PT - loose Benefits or apply Another Dept. and gave me an availability form (Assist Manager) to turn in. I took it went home prayed about it came back and turned in then called into office, and decided to change it I said NO Mama my mind is made up. She advised me I can apply in other dept. I did and never got A call for an interview for none of the Least 5/6 Depts I put in for but watched them Interview and hiring people for the Same position I applied for.

—D (Cont TO #3)

signed to been posted - needed certain
availbilty to work Part-time positions
- in which never done before...

Then my points where maluipuled
changed in system, wrongsly terminad
should be still at sams due to date
added in which I gotten paid for
and was already authorized
by management,

Relalitated against - sometimes wouldn't
speak walk pass like not even standing
there, also was friends with alot
of the employees on face book -
but was deleted ~~immedtly~~ immedtly
following terminated.

Thank You
Melissa Burr
Sept 1, 2022

# Last page

6. Relief requested: Just asked to be off on Sundays with reasonable accomodations willing to work M-Sat. I love The lord and I feel as if my reasonable service is to do work for him and not work on Sunday. (Voluteer). going to hospital, people homes, attending other services at other churches after praying over my service, do finaces at my church go to bank deposit & ect...

Date: Sept 1, 2022

_____Malesia Bunn_____
Plaintiff(s) Signature

2